# UNITED STATES DISTRICT COURT
## THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

**Case No. 2:18-md-2846**

**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

**This document relates to:**
*Luks et al. v. Davol, Inc. et al., Case No. 2:19-cv-00103*

## <u>ORDER</u>

This matter is before the Court on a motion for remand by Plaintiffs Stephen Luks, Karen Savage, Darren Stevenson, and the Estate of Linda Luks.  (Mot., Case No. 2:18-md-2846, ECF No. 854; Case No. 2:19-cv-00103, ECF No. 27.)  This case is subject to a limited stay during which the parties may not file any motion or seek remand except as provided in Case Management Orders 52 and 53.  (Case No. 2:18-md-2846, ECF Nos. 850, 851.)  As this motion is not permitted during the pendency of the stay, the motion is **DENIED WITHOUT PREJUDICE**.  The Clerk is **DIRECTED** to file this Order on the MDL docket and the *Luks* docket.

**IT IS SO ORDERED.**

**9/16/2024**                    **s/Edmund A. Sargus, Jr.**
**DATE**                                **EDMUND A. SARGUS, JR.**
                                     **UNITED STATES DISTRICT JUDGE**